**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**ROBERT L. TAGLIAFERI,**
    **- Plaintiff**

                                            **PRISONER**
    **v.**                        **CIVIL NO. 3:09-CV-1592(CFD)(TPS)**

**RICARDO RUIZ, ET AL.**
    **- Defendants**

## RULING ON PENDING MOTIONS

Pending before the court are plaintiff's motions for leave to file an amended complaint, to compel, and for extension of time. For the following reasons, the motions for extension of time and to amend the complaint are granted and the motion to compel is denied.

Plaintiff seeks a thirty-day extension of time to discover the names of the individuals listed as Jane and John Doe in the complaint and to file his amended complaint. See Pl.'s Mot. Extension of Time, ECF No. 13. The motion is granted.

Plaintiff seeks to compel the defendants to provide him with the names of the defendants listed as John and Jane Doe in the caption of the complaint. See Pl.'s Mot. Compel, ECF No. 12. It is evident, however, that the defendants have provided plaintiff with the names of these individuals as he has filed a motion for leave to amend to add them as defendants. Thus, the motion to compel is denied as moot.

Plaintiff seeks leave to file an amended complaint to

substitute Dr. Alma Garcia Rodriquez, Dr. James O'Halloran and Nursing Supervisor Anamarie Deebs, RN, for the Jane and John Doe defendants listed in the caption of the complaint. <u>See</u> Pl.'s Mot. Am. Compl., ECF No. 16. No answer having been filed by the defendants, the motion for leave to amend is granted. The plaintiff did not attach a separate proposed amended complaint to his motion. Accordingly, the court **ORDERS** the plaintiff to file an amended complaint including all defendants against whom he seeks relief within TWENTY DAYS of this date.

### Conclusion

The Motion for Extension of Time [ECF No. 13] to discover the names of the Doe defendants and to file an amended complaint is **GRANTED**. The Motion to Compel [ECF No. 12] is **DENIED** as moot. The Motion for Leave to File an Amended Complaint [ECF No. 16] is **GRANTED**. Plaintiff shall file an amended complaint including all defendants against whom he seeks relief within TWENTY DAYS of the date of this order. The Clerk is directed to send the plaintiff copies of his original complaint and motion for leave to amend and an amended complaint form with a copy of this order.

**IT IS SO ORDERED.**

**Dated this 7th day of September, 2010, at Hartford, Connecticut.**

                                              **/s/ Thomas P. Smith**
                                              **Thomas P. Smith**
                                              **United States Magistrate Judge**