```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

**ROBERT L. TAGLIAFERI,**
  -PLAINTIFF


V.                                          3:09CV01592(CFD)


**JANE DOE, et al.,**
  -DEFENDANTS

<u>ORDER</u>

On August 29, 2011, the Plaintiff filed a motion [Doc. # 66] seeking (1) the status of certain previously-filed motions, and (2) an order directing the Clerk of Court to provide him with a copy of all motions filed and the status of each motion. The motion is **GRANTED in part** and **DENIED in part.**

The Plaintiff's request for free copies of all motions and orders filed in this case is **DENIED**. However, the Clerk is directed to send the Plaintiff a copy of the docket sheet in this case. Although the court permitted the plaintiff to file his complaint <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915, this status only permits him to file the action without prepayment of the filing fee. The plaintiff is not automatically entitled to copies of other materials. <u>See</u> <u>Guinn v. Hoecker</u>, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); <u>Douglas v. Green</u>, 327 F.2d 661, 662 (6th Cir. 1964) ( 28 U.S.C. §

1915 does not include the right to receive copies of court orders without payment).

The cost of copying documents is 50 cents per page. If the Plaintiff seeks a copy of a particular motion or order, he may send a letter to the Clerk requesting a total count of the number of pages he seeks to have copied. Once the Plaintiff receives a response to his request, he may send a letter to the Clerk accompanied by a check or money order payable to the Clerk of Court in the amount due based on the copying cost per page. Any letters to the Clerk should be addressed to the United States District Court for the District of Connecticut, Office of the Clerk, 450 Main Street, Hartford, Connecticut 06103. If Plaintiff cannot afford the copying charges, he may file a renewed motion with the court identifying the documents he seeks to have copied and the reasons the copies are needed. The motion must be accompanied by a copy of his inmate account balance demonstrating his inability to pay for the copies.

The Plaintiff's request for the status of certain motions is **GRANTED**. The Plaintiff is advised that his Motion to Compel Discovery Responses [Doc. # 27] dated November 24, 2011 was denied on December 22, 2010 [Doc. # 30] in light of the Defendants' Motion for Extension of Time [Doc. # 28] to respond to the interrogatories and production requests at issue. The Plaintiff is further advised that the Defendants' Motion to

Dismiss Plaintiff's Complaint [Doc. # 47] has not been ruled on. No further status requests shall be granted. The Clerk shall send the Plaintiff a copy of the docket sheet in this case.

**SO ORDERED** this 14th day of September, 2011, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge